IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TECHFREEDOM,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Respondent. | Case No. 16-1062 |

## NOTICE OF TECHFREEDOM OF INTENT TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PETITIONER

TechFreedom hereby notifies the Court, pursuant to Fed. R. App. P. 29(a) and D.C. Circuit Rule 29(b), of its intention to file a brief as *amicus curiae* in support of petitioner John A. Taylor in this proceeding reviewing the interim final rule issued by the Federal Aviation Administration ("FAA") setting forth registration and marking requirements for small unmanned aircraft, 80 Fed. Reg. 78593 (Dec. 16, 2015). TechFreedom certifies that all parties to this proceeding have consented to TechFreedom's participation as *amicus curiae*.

Founded in 2010, TechFreedom is a non-profit, non-partisan 501(c)(3) tax-exempt think tank dedicated to educating policymakers, the media and the public about Internet policy. TechFreedom defends the freedom to tinker and innovate, as well as the freedom of expression using new technologies — such as "drones," i.e., small unmanned aircraft systems. TechFreedom has been actively involved in the process of crafting policies to regulate the use of drones, filing comments with both the National Telecommunications and Information Administration, *Comments of TechFreedom*, Docket No. 150224183-5183-01 (Apr. 20, 2015), *available at* https://goo.gl/8roFo5, and the FAA, *Comments of International Center for Law & Economics and TechFreedom*, Docket No. 2015-0150 (Apr. 24, 2015), *available at* https://goo.gl/cTGS4o.

TechFreedom intends to file an amicus brief of no more than half the length of John Taylor's principal brief. TechFreedom's brief will consider procedural and substantive issues related to the FAA's issuance of the interim final rule.

At this time, there are no other *amici* for TechFreedom to coordinate with pursuant to D.C. Circuit Rule 29(d). For these reasons, we submit

2

that our amicus brief would assist the Court in its consideration of this case.

Dated: March 8, 2016               Respectfully submitted,

*[signature]*

Raymond B. Sperry
110 Maryland Ave., NE
Suite 409
Washington, DC 20002
814-724-5659
bsperry@techfreedom.org
*Counsel for Petitioner*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.l and D.C. Circuit Rule 26.1, TechFreedom has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock.

Dated: March 8, 2016            Respectfully submitted,

*[signature]*
_____
Raymond B. Sperry
110 Maryland Ave., NE
Suite 409
Washington, DC 20002
814-724-5659
bsperry@techfreedom.org


*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 8, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system, which served a copy of the document on all counsel of record in the case.

Dated: March 8, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Raymond B. Sperry
　　　　　　　　　　　　　　　　　　Raymond B. Sperry
　　　　　　　　　　　　　　　　　　110 Maryland Ave., NE
　　　　　　　　　　　　　　　　　　Suite 409
　　　　　　　　　　　　　　　　　　Washington, DC 20002
　　　　　　　　　　　　　　　　　　814-724-5659
　　　　　　　　　　　　　　　　　　bsperry@techfreedom.org

　　　　　　　　　　　　　　　　　　*Counsel for Petitioner*